**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 APR 27 AM 8:08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

JUDY FORTNER,

    Plaintiff,

vs.                                                                 CASE NO. 3:05-cv-54-J-20TEM

WYETH, INC., and WYETH
PHARMACEUTICALS, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before this Court on the parties' Joint Motion to Stay Proceedings (Doc. 32, filed April 25, 2012). Upon consideration of the motion, this Court concludes the motion is due to be granted.

Accordingly, it is **ORDERED**:

1. The parties' Joint Motion to Stay Proceedings (Doc. 32, filed April 25, 2012) is **GRANTED**;

2. All proceedings in this case are stayed up to and including August 27, 2012.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of April, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christopher Todd Alley, Esq.
Donald Guy Greiwe, Esq.
James D. Clark, Esq.
Hildy M. Sastre, Esq.
Jane E. Bockus, Esq.
John C. Vaglio, Esq.
Mark C. Hegarty, Esq.
Rebecca A. Ocariz, Esq.
Todd L. Wallen, Esq.